Horace Johnson 169909 #
Richmond City Justice Center
701 Fairfield Way Richmond, VA 23223



United States District Court
Eastern District of Virginia
701 East Broad Street
Suite 3000
Richmond, Virginia 23219-528

The Richmond City Jail has neither censored nor Inspected this item, therefore the Department does not assume responsibility for its content

RECEIVED
APR - 4 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

U.S. MARSHALS INSPECTED