IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HORACE JOHNSON, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:23-cv-223–HEH
)
RICHMOND CITY JUSTICE )
CENTER, )
)
    Defendant. )

**MEMORANDUM OPINION**
**(Dismissing Action Without Prejudice)**

By Memorandum Order (ECF No. 3) entered on April 12, 2023, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff Horace Johnson ("Plaintiff") that he must keep the Court informed as to his current address if he relocated or was released. (*Id.* ¶ 10.) On July 25, 2023, the United States Postal Service returned a July 14, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS." (ECF No. 9.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                     /s/
                                                            Henry E. Hudson
                                                            Senior United States District Judge

Date: Oct. 23, 2023
Richmond, Virginia